## MILLER et al. v. OKLAHOMA STATE BANK et al.

### No. 4397.    Opinion Filed May 13, 1913.

#### (132 Pac. 344.)

APPEAL AND ERROR—Parties. In an action between the bank and
M. and M., J. and J. intervened praying judgment against M.
and M. upon a promissory note and the foreclosure of a mort-
gage upon the property involved in the action between the bank
and M. and M. M. and M. answered praying affirmative relief
against J. and J. Upon the cause coming on for trial. J. and J.
dismissed their petition in intervention and M. and M. offered
no evidence tending to sustain the allegations upon which they
based their claim for affirmative relief and no judgment was
rendered in the cause which in any wise affected the contro-
versy between M. and M. and J. and J. Held that, in a pro-
ceeding in error by M. and M., J. and J. are not necessary yor
proper parties.

(Syllabus by the Court.)

*Error from District Court, Jackson County;*
*Frank Mathews, Judge.*

Action by the Oklahoma State Bank and others against
A. J. Miller and another, and R. C. Johnson and another in-
tervened. From a judgment for plaintiff, defendants bring
error. Dismissed as to interveners.

*T. T. Clark* and *E. E. Gore,* for plaintiffs in error.
*Everett Petry,* for defendants in error.

KANE, J. The question herein arises upon a motion
by the defendants in error, R. C. Johnson and S. H. Johnson
partners, to dismiss the appeal, as to them, for the reason that
they are not necessary or proper parties thereto. The action
originally was one wherein the defendant in error the Oklahoma
State Bank was plaintiff and the plaintiffs in error herein were
defendants. The movants herein intervened, alleging that they
were entitled to judgment against the Millers upon a promissory
note and the foreclosure of a mortgage upon the property

involved in the suit between the bank and the Millers. Thereafter the Millers answered, claiming affirmative relief against the movants. Upon the cause coming on for trial, the movants dismissed their petition in intervention, and the Millers offered no evidence tending to sustain the allegations upon which they based their claim for affirmative relief, and no judgment was rendered in the cause which in any wise affected the controversy between the Millers and the Johnsons. Under this statement of facts, the Johnsons are neither necessary nor proper parties to a proceeding in error, instituted by the Millers.

Their motion, therefore, to dismiss must be sustained.

All the Justices concur.